1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

Riley's American Heritage Farms, et al.,

Plaintiff,

v.

Claremont Unified School District, et al.,

Defendants.

Case No. EDCV 18-2185 JGB (SHKx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, Summary Judgment is GRANTED in favor of Defendants Beth Bingham, Hilary LaConte, Steven Llanusa, David S. Nemer, Nancy Treser Osgood, James Elsasser, Brenda Hamlett, and Ann O'Connor. Plaintiffs James Patrick Riley amd Riley's American Heritage Farms' complaint against Defendants is DISMISSED.

///

///

///

1      Judgment is entered in favor of Defendants.

2

3

4    Dated: July 17, 2020

5

                       THE HONORABLE JESUS G. BERNAL

6                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28