# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RILEY'S AMERICAN HERITAGE FARMS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CLAREMONT UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No.:  5:18-cv-02185-JGB-SHK<br>Assigned to: Hon. Jesus G. Bernal<br><br><br><br>**JUDGMENT** |

Pursuant to the Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendants' Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED:**

1. Defendants' Motion for Summary Judgment is **GRANTED** in its entirety;
2. Final judgment be **ENTERED** in favor of Defendants.
3. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: May 18, 2023

_____
Honorable Jesus G. Bernal
United States District Judge