JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RILEY'S AMERICAN HERITAGE FARMS, a California corporation; JAMES PATRICK RILEY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CLAREMONT UNIFIED SCHOOL DISTRICT, a public entity; JAMES ELSASSER, an individual; STEVEN LLANUSA, an individual; HILARY LaCONTE, an individual; BETH BINGHAM, an individual; NANCY TRESER OSGOOD, an individual; DAVID S. NEMER, an individual; ANN O'CONNOR, an individual; BRENDA HAMLETT, an individual; KATHY ARCHER, an individual; KATHRYN DUNN, an individual; BOB FASS, an individual; RICHARD O'NIELL, an individual; SARAH ESTRADA, an individual; CHERYL FIELLO, an individual; JULIE PAK, an individual; DIANA TAYLOR, an individual,<br><br>Defendants. | Case 5:18-cv-2185-JGB-SHK<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

# JUDGMENT

Pursuant to the Order filed herewith, **IT IS ORDERED AND ADJUDGED** that judgement is entered in favor of Defendants against Plaintiffs.  Plaintiffs shall recover nothing from Defendants.

The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated:  January 20, 2026

_____
Honorable Jesus G. Bernal
United States District Judge